GOODWIN, Appellant, v. RICKABAUGH et al., Respondents.

No. 7751; March 2, 1883.

**Foreclosure of Mortgage—Judgment not to Include Taxes.—** In an action to foreclose a mortgage plaintiff cannot have the judgment include taxes he has paid on the mortgaged property unless his complaint contains appropriate averments.

**Foreclosure of Mortgage.—Tender by a Defendant in an Action** to foreclose a mortgage needs to be of a sum no greater than the complaint expressly calls for.

APPEAL from Superior Court, Lake County.

Wallace & Hostings and Welch & Britt for appellant; Platt and Elliott for respondents.

By the COURT.—The plaintiff could not have recovered for taxes without proper allegations relating thereto. Therefore the tender, being for the full amount his complaint entitled him to, was good.

Judgment affirmed.